No. 271, Misc.   BURKS v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 273, Misc.   PETERSON v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 280, Misc.   HANDY v. CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 283, Misc.   DAVIS v. MYERS, CORRECTIONAL SUPERINTENDENT.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 288, Misc.   McNERLIN v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 289, Misc.   BLAKEY ET AL. v. DOYLE ET AL.   C. A. 8th Cir.   Certiorari denied.   *Walter S. Pawl* for petitioners.

No. 292, Misc.   RUSHING v. WAINWRIGHT, CORRECTIONS DIRECTOR.   Supreme Court of Florida.   Certiorari denied.

No. 294, Misc.   MULLER v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Leon Polsky* for petitioner.

No. 295. Misc.   TORRES v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 298, Misc.   WALKER v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.